CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ONEGO SHIPPING & CHARTERING B.V.
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600
Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

'08    CIV    4059

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ONEGO SHIPPING & CHARTERING B.V.,

                              Plaintiff,

          v.

JSC ARCADIA SHIPPING, and KAALBYE SHIPPING
INT, LTD.

                              Defendants.
----------------------------------------------------------------X

08  CV  _____  (_____)

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel of record for Plaintiff, ONEGO SHIPPING & CHARTERING B.V.,

certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which

are publicly held.

Dated: Port Washington, New York
          April 29, 2008

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff,
                              ONEGO SHIPPING & CHARTERING B.V

          By:    _____
                              Owen F. Duffy (OD-3144)
                              George E. Murray (GM-4172)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel:  (516) 767-3600
                              Fax:  (516) 767-3605