CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
ONEGO SHIPPING & CHARTERING B.V.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ONEGO SHIPPING & CHARTERING B.V.

                    Plaintiff,

   v.                                   08 CV 4059 (PAC)

JSC ARCADIA SHIPPING, and KAALBYE SHIPPING    **ORDER APPOINTING A**
INT, LTD.                                                  **SPECIAL PROCESS**
                  Defendants.                      **SERVER**
-------------------------------------------------------------X

     An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

     NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 28th day of April, 2008, and good cause having been shown, it is hereby

     **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendants, JSC ARCADIA SHIPPING, and KAALBYE SHIPPING INT, LTD.

Dated: New York, New York
       April __, 2008

                                                       SO ORDERED:

                                                       _____
                                                       U. S. D. J.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 05-01-08]