CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ONEGO SHIPPING & CHARTERING B.V.,

          Plaintiff,

    v.

JSC ARCADIA SHIPPING,
and KAALBYE SHIPPING INT, LTD.,

          Defendants.
-----------------------------------------------------------X

08 CV 4059 (PAC)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, ONEGO SHIPPING & CHARTERING B.V., as to both of the Defendants, JSC ARCADIA SHIPPING and KAALBYE SHIPPING INT, LTD., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. The Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       May 28, 2008

CHALOS, O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,

By: _____
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: 516-767-3600 / Fax: 516-767-3605

**SO ORDERED:**
Dated: New York, New York
      May 29, 2008

_____
Hon. Paul A. Crotty, U.S.D.J.